# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Robert Arthur: Roberts,

Case No. Civil 00-1752 DSD/JMM

v.

**JUDGMENT IN A CIVIL CASE**

James Kollman,
Nicollet County Sheriff,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Petitioner's petition for writ of habeas corpus is dismissed without prejudice.

DATE: August 22, 2000

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk

5